FILED
May 26, 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____Melanie Miller_____
                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ROOSEVELT JOHNSON, JR. §<br>*Plaintiff,* §<br>§<br>V. §<br>§<br>SCHNEIDER NATIONAL §<br>CARRIERS, INC. AND TOMOTHY §<br>BANARD BROWN §<br>*Defendants.* § | Civil Action No. 6:20-cv-00617 |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal of Claims against Defendants SCHNEIDER NATIONAL CARRIERS, INC. and TIMOTHY BANARD BROWN (incorrectly named "Tomothy Banard Brown"), this action is DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this 26th day of May, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**